1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

NORTHWEST ADMINISTRATORS, INC.,

      Plaintiff,

    v.

NOR-CAL PRODUCE, INC.,

      Defendant.

Case No. 2:21-cv-00522-RSM

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT

Considering the parties' Stipulated Motion for an Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including May 25, 2021.

IT IS SO ORDERED.

DATED this 12th day of May, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1
(CASE NO. 2:21-CV-00522-RSM)

69807425v.2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

1 *Presented by*:

2 Molly Gabel

3 Seyfarth Shaw LLP
999 3rd Avenue, Suite 4700

4 Seattle, WA 98104
P: (206) 946-4910

5 F: (206) 946-4901

6 mgabel@seyfarth.com

7 *Approved as to form*:

8 Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP

9 100 West Harrison Street, Ste. 300
Seattle, WA 98119

10 P: (206) 285-3610
F: (206) 285-8925

11 rjr@rmbllaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

]PROPOSED] ORDER - 2
(CASE NO 2:21-CV-00522-RSM)

69807425v.2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910