The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOR-CAL PRODUCE, INC., <br><br> Defendant. | Case No. 2:21-cv-00522-RSM <br><br> ORDER GRANTING STIPULATED MOTION FOR EXTENSIONS OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND TO FRCP 26 DEADLINES |

Considering the parties' Stipulated Motion for Extensions of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint and to FRCP Rule 26 deadlines, the Court being sufficiently advised:

IT IS ORDERED that the MOTION be granted and that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including June 8, 2021.

IT IS FURTHER ORDERED that the Court is re-setting the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

Deadline for FRCP 26(f) Conference: 06/15//2021

Initial Disclosures Pursuant to FRCP 26(a)(1): 06/22/2021

ORDER - 1
(CASE NO. 2:21-CV-00522-RSM)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

69807425v.3

| | | |
|---|---|---|
| 1 | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) | |
| 2 | and Local Civil Rule 26(f): | 07/06/2021 |

IT IS SO ORDERED.

DATED this 21st day of May, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by*:

Molly Gabel
Seyfarth Shaw LLP
999 3rd Avenue, Suite 4700
Seattle, WA 98104
P: (206) 946-4910
F: (206) 946-4901
mgabel@seyfarth.com

*Approved as to form*:

Russell J. Reid
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, Ste. 300
Seattle, WA 98119
P: (206) 285-3610
F: (206) 285-8925
rjr@rmbllaw.com

]PROPOSED] ORDER - 2
(CASE NO 2:21-CV-00522-RSM)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue
Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

69807425v.3