THE HONORABLE RICADO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NOR-CAL PRODUCE, INC., a California corporation,<br><br>Defendant. | NO.   C21-00522-RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Molly Gabel of Seyfarth Shaw LLP, attorneys for Defendant, Nor-Cal Produce, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.   This Stipulation shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, October 2020 through December 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for  said period, or from collecting contributions, liquidated damages, interest,

attorney's fees and costs for any period other than October 2020 through December 2020.

DATED this  *14th* day of October, 2021.

| REID, McCARTHY, BALLEW &. LEAHY, L.L.P. | SEYFARTH SHAW LLP |
|---|---|
| *s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> 100 West Harrison St., N. Tower #300 <br> Seattle WA 98119 <br> P: (206) 295-0464 <br> rjr@rmbllaw.com | *s/Molly Gabel* <br> Molly Gabel, WSBA #47023 <br> 999 Third Avenue, Ste. 3000 <br> Seattle WA 98104 <br> P: (206) 946-4909 <br> mgabel@seyfarth.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

### ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.  This Order shall not foreclose Plaintiff or the Trust, based on res judicata principles or other legal principles, from collecting additional contributions, liquidated damages, interest and attorneys' fees for the time period encompassed by this action, October 2020 through December 2020, if a future audit or some other source reveals that Defendant owes the Plaintiff additional amounts for said period, or from collecting contributions, liquidated damages, interest, attorney's fees and costs for any period other than October 2020 through December 2020.

ORDER ENTERED this 27th day of October, 2021.

                        RICARDO S. MARTINEZ
                        CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By: *s/Russell J. Reid*
Russell J. Reid, WSBA #2560
Reid, McCarthy, Ballew & Leahy, LLP
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com